# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MANUEL GONZALEZ, on behalf of himself and all other persons similarly situated, known and unknown, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CILANTRO TACO GRILL CORP., )<br>CILANTRO TACO GRILL ADDISON, )<br>LLC, CILANTRO TACO GRILL )<br>ROSEMONT, LLC, and CILANTRO )<br>TACO GRILL ELGIN, LLC, )<br>)<br>Defendants. ) | Case No. 15-cv-7382<br><br>Judge Durkin |

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Manuel Gonzalez, through his attorneys, and Defendants Cilantro Taco Grill Corp., Cilantro Taco Grill Addison, LLC, Cilantro Taco Grill Rosemont, LLC and Cilantro Taco Grill Elgin, LLC, through their attorneys (collectively, the "Parties"), hereby stipulate to the dismissal of Plaintiff's Complaint and all causes of action asserted therein, in its entirety, with prejudice, and without the assessment of costs or attorneys' fees against any party.

DATED: October 13, 2015          Respectfully submitted,

| Attorneys for Plaintiffs:<br>By: s/Sarah J. Arendt<br>Douglas M. Werman<br>Maureen A. Salas<br>Sarah J. Arendt<br>Werman Salas P.C.<br>77 W. Washington, Suite 1402<br>Chicago, IL 60602<br>(312) 419-1008 | Attorneys for Defendant:<br>By: s/Christopher L. Nybo (w/consent)<br>Christopher L. Nybo<br>Much Shelist, P.C.<br>191 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>Phone 312.521.2795 |